

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00748-CV

**THE WILLIAMSBURG CARE COMPANY L.P.**, d/b/a Princeton Place Rehabilitation and
Healthcare,
Appellant

v.

Sandra **LUJAN**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-05448
Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  December 12, 2012

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* TEX. R. APP. P.
42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the
assessment of appellate costs, we order all costs of appeal assessed against appellant. *See* TEX. R.
APP. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM